UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES W. LANE,<br><br>    Defendant. | NO. 3:17-cv-05388-RJB<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT** |

This matter comes before the Court on Plaintiff United States of America's Motion for Default Judgment, pursuant to Federal Rule of Civil Procedure 55(b)(1). The United States filed its Complaint on May 22, 2017, alleging that Defendant Charles W. Lane (Mr. Lane) received Social Security Disability benefits during months in which he was ineligible for such benefits, because he worked or was engaged in "substantial gainful activity," which constituted overpayments of $50,853.30 through December 23, 2016, from Social Security to Mr. Lane. Dkt. no. 1. The United States served Mr. Lane with the Summons and Complaint on June 11, 2017. Dkt. no. 5. Mr. Lane has not appeared, filed an Answer, or otherwise defended against the

**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT - 1**
(*USA v. Charles W. Lane, Court No. 3:17-cv-05388-RJB*)

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Complaint. Upon the motion of the United States, the Court entered Mr. Lane's Amended Default on August 1, 2017. Dkt. no. 9.

Upon review of the United States' Motion for Default Judgment, including the Declaration of Dawn Fernandez and the Certificate of Indebtedness attached as Exhibit A, the Court finds that the United States has established all the requirements for entry of a default judgment by the Clerk in a sum certain. *See* Fed. R. Civ. P. 55(b)(1). Accordingly, the Court hereby grants the United States' Motion for Default Judgment and enters Judgment in favor of the United States and against Mr. Lane, in the amount of $50,853.30 through December 23, 2016, with statutory post-judgment interest to accrue on and after the judgment date.

DATED this 3rd day of August, 2017.

United States District Court

By: _____
Deputy Clerk

**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT - 2**
(*USA v. Charles W. Lane, Court No. 3:17-cv-05388-RJB*)

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970